Dismissed and Memorandum Opinion filed December 8, 2005









Dismissed and Memorandum Opinion filed December 8,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01097-CV

____________

 

JOHN GANIM,
Appellant

 

V.

 

FAROUK (FRANK) ALATTAR,
Appellee

 



 

On Appeal from the
21st District Court

Washington County,
Texas

Trial Court Cause
No.33200

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 22, 2005.

On November 23, 2005, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 8, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.